1  G. Lynn Shumway (011714)
   **LAW OFFICE OF G. LYNN SHUMWAY**
2  6909 E. Greenway Parkway, Suite 200
   Scottsdale, Arizona 85254
3  Telephone : (480) 368-0002
   Facsimile : (480) 315-8044
4

5  *Attorneys for Plaintiff*

# In the United States District Court

IN AND FOR THE DISTRICT OF ARIZONA

★★★★★

| | |
|---|---|
| **Karen Elliott**, an individual , | |
| Plaintiffs, | No. CV 04-0902 PHX VAM |
| vs. | |
| **Ford Motor Company**, a Delaware corporation; **TRW Automotive Holdings Corp.**, a Delaware corporation; **TRW Vehicle Safety Systems, Inc.**, a Delaware corporation; and **Autoliv ASP, Inc**., an Indiana corporation. | **NOTICE OF VIDEO & STENOGRAPHIC DEPOSITION** |
| Defendants. | |

YOU ARE HEREBY NOTIFIED that, pursuant to **RCP 26 and 30,** the deposition will be taken upon oral examination of the persons whose names and addresses are stated below at the time and place stated below before an officer authorized by law to administer oaths. If the names are not known, a general description sufficient to identify those persons or the particular classes or groups to which those persons or the particular classes or groups to which those persons belong is given below.

**PERSONS TO BE EXAMINED** : MICHAEL NRANIAN

**DATE & TIME OF DEPOSITION** : Wednesday, September 20, 2006, at 11:00 a.m.

**PLACE OF DEPOSITION** : Hanson/Renaissance Court Reporters
400 Renaissance Center, Suite 2160
Detroit, Michigan 48243-1608

1

The undersigned certifies that copies of this notice have been served via electronic mail on the below date as follows:

>Iman Soliman
>**BOWMAN AND BROOKE, LLP**
>2901 N. Central Ave., #1600
>Phoenix, Arizona 85012-2736
>*Attorneys for Defendant Ford Motor Co.*

DATED this 31st day of July, 2006.

                **LAW OFFICE OF G. LYNN SHUMWAY**

                      s/ G. Lynn Shumway
                G. Lynn Shumway
                6909 E. Greenway Parkway
                Suite 200
                Scottsdale, Arizona 85254
                *Attorneys for Plaintiffs*

COPY of the foregoing faxed
this 31st day of July, 2006, to:

Hanson/Renaissance Court Reporters
400 Renaissance Center, Suite 2160
Detroit, Michigan 48243-1608
313-567-8100/313-567-4362 fax
Court Reporters

    s/ T. Stack