Barry C. Toone (Bar No. 018664)
Jill S. Goldsmith (Bar No. 011500)
Iman R. Soliman (Bar No. 021333)
**BOWMAN AND BROOKE LLP**
Suite 1600, Phoenix Plaza
2901 North Central Avenue
Phoenix, Arizona  85012-2761
(602) 643-2300
barry.toone@phx.bowmanandbrooke.com
jill.goldsmith@phx.bowmanandbrooke.com
iman.soliman@phx.bowmanandbrooke.com

Attorneys for Defendant Ford Motor Company

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Karen Elliott, an individual, | No. CV 2004 0902 PHX SRB |
| Plaintiff, | |
| v. | **AFFIDAVIT OF IMAN R. SOLIMAN** |
| Ford Motor Company, a Delaware Corporation, TRW Automotive Holdings Corp., a Delaware Corporation; and Autoliv Inc., a foreign corporation, | (Honorable Susan R. Bolton) |
| Defendants. | |

STATE OF ARIZONA    )
                    )ss.
COUNTY OF MARICOPA  )

I, Iman R. Soliman, duly sworn upon oath, deposes and says:

1. On or about March 2, 2006, Ford's counsel called Dr. Rizzo's office and spoke with the office supervisor and Dr. Rizzo's wife, Karen Rizzo, regarding Dr. Rizzo's deposition fee.

2. During the telephone call, Karen Rizzo indicated that she needed to talk to Dr. Rizzo to find out if he is willing to lower his fee. After speaking with Dr. Rizzo, Karen Rizzo called Ford's counsel and stated that Dr. Rizzo is

refusing to lower his fee and that if we filed a motion to reduce his fee that he will be agitated at the deposition and "you don't want to agitate him."

3. Because Karen Rizzo thought Ford's counsel was plaintiff's counsel who will be making money off of this lawsuit, she explained that Dr. Rizzo is justified to charge $1,200.00 per hour. However, after Ford's counsel clarified that she in fact represents defendant and not plaintiff, Karen Rizzo agreed to charge $750.00 an hour rather than $1,200.00. After additional negotiations and at Ford's counsel's request that Dr. Rizzo charge $500.00, an agreement was reached that Dr. Rizzo will charge $600.00 per hour.

4. The deposition had to be cancelled because plaintiff's counsel had not provided Ford's counsel with the signed medical release to obtain Dr. Rizzo's file. Eventually Dr. Rizzo's deposition was rescheduled for September 8, 2006. However, Ford's counsel was informed that Dr. Rizzo will be charging his full fee of $1,200.00 an hour.

5. Ford's counsel again spoke with Karen Rizzo regarding the earlier agreement in an attempt to lower Dr. Rizzo's fee to a reasonable amount. However, Ford's counsel was informed that Dr. Rizzo will not lower his

. . .

. . .

. . .

. . .

1 | fee. As a result, Ford canceled Dr. Rizzo's deposition in order to file this
2 | motion.
3 | **FURTHER AFFIANT SAITH NOT**
4 | DATED this 3rd day of October, 2006.

*[signature]*
Iman R. Soliman

STATE OF ARIZONA     )
                     )ss.
COUNTY OF MARICOPA   )

SUBSCRIBED AND SWORN to before me this 3rd day of October, 2006, by Iman R. Soliman.

NOTARY PUBLIC
STATE OF ARIZONA
County of Maricopa
MICHELE L. DOMINGUEZ
Commission # 186534
My Appt. Expires Sept. 19, 2007

*Michele L. Dominguez*
Notary Public