1  Barry C. Toone (Bar No. 018664)
2  Jill S. Goldsmith (Bar No. 011500)
   Iman R. Soliman (Bar No. 021333)
3  **BOWMAN AND BROOKE LLP**
   Suite 1600, Phoenix Plaza
4  2901 North Central Avenue
   Phoenix, Arizona  85012-2761
5  (602) 643-2300
   (602) 248-0947 – Fax
6  barry.toone@phx.bowmanandbrooke.com
   jill.goldsmith@phx.bowmanandbrooke.com
7  iman.soliman@phx.bowmanandbrooke.com

8  Attorneys for Defendant Ford Motor Company

9

10               **IN THE UNITED STATES DISTRICT COURT**

11                        **DISTRICT OF ARIZONA**

12  Karen Elliott, an individual,                )
13                     Plaintiff,                )    No. CV 2004 0902 PHX SRB
14  v.                                           )    **DEFENDANT FORD MOTOR**
                                                 )    **COMPANY'S MOTION FOR**
15  Ford Motor Company, a Delaware               )    **SUMMARY DISPOSITION**
    Corporation, TRW Automotive Holdings         )
16  Corp., a Delaware Corporation; and Autoliv   )
    Inc., a foreign corporation,                 )    (Honorable Susan R. Bolton)
17                                               )
                     Defendants.                 )
18  _____  )

19          Defendant Ford Motor Company ("Ford") moves this Court for summary

20  disposition pursuant to the Local Rules of Civil Procedure, Rule 7.2(i), because no

21  response was filed to Ford's Motion To Reduce Deposition Fee of Dr. Rizzo Or, In

22  The Alternative, Order Plaintiff To Pay $600.00 Per Hour.

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

1    The following Memorandum of Points and Authorities supports this motion.

2    DATED this _____ day of October, 2006.

3                                    BOWMAN AND BROOKE LLP

4

5    By: s/ Iman R. Soliman
         Barry C. Toone, Esq.
6        Jill S. Goldsmith, Esq.
         Iman R. Soliman
7        Phoenix Plaza, Suite 1600
         2901 North Central Avenue
8        Phoenix, Arizona 85012
         Attorneys for Defendant Ford Motor
9           Company

10              **MEMORANDUM OF POINTS AND AUTHORITIES**

11       On October 3, 2006, Ford filed a Motion To Reduce Deposition Fee of Dr.

12   Rizzo Or, In The Alternative, Order Plaintiff To Pay $600.00 Per Hour.  Ford properly

13   served the motion to plaintiff.  See Ford's Motion To Reduce Deposition Fee of Dr.

14   Rizzo Or, In The Alternative, Order Plaintiff To Pay $600.00 Per Hour; certificate of

15   service p. 8.  A response to the motion was due ten judicial days later, plus three days

16   for mailing, i.e. on October 23, 2006.  See Rule 7.2.

17       Under Rule 7.2(i), the failure of the opposing party to comply with the procedural

18   requirements applicable to civil motions may be deemed a consent to the granting of

19   the motion, and the court may dispose of the motion summarily.  Rule 7.2(i), Local

20   Rules of Civil Procedure.

21       Because there is no just cause to deny Ford's Motion To Reduce Deposition

22   Fee of Dr. Rizzo Or, In The Alternative, Order Plaintiff To Pay $600.00 Per Hour,

23   and plaintiff has failed to respond, Ford respectfully requests that this Court Order Dr.

24   Rizzo to charge $600.00 per hour for Deposition fee or Order plaintiff to pay $600.00

25   per hour for Dr. Rizzo's deposition fee.

26   . . .

27   . . .

28

1   DATED this 26th day of October, 2006.

2                                          BOWMAN AND BROOKE LLP

3

4

5                          By: s/ Iman R. Soliman
                              Barry C. Toone, Esq.
6                             Jill S. Goldsmith, Esq.
                              Iman R. Soliman
7                             Phoenix Plaza, Suite 1600
                              2901 North Central Avenue
8                             Phoenix, Arizona 85012
                              Attorneys for Defendant Ford Motor
9                                Company

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on the 26th day of October, 2006 I caused the attached

3 document to be electronically transmitted to the Clerk's Office using the CM/ECF

4 System for filing and transmittal of a Notice of Electronic Filing to the following

5 CM/ECF registrants:

6

7      G. Lynn Shumway, Esq.
       Law Offices of G. Lynn Shumway
8      6909 E. Greenway, Ste. 200
       Scottsdale, Arizona 85254
9      Attorneys for Plaintiff

10

11                                    s/ Kelly Brubaker

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28