# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Karen Elliott, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Ford Motor Company, a Delaware Corporation, TRW Automotive Holdings Corp., a Delaware Corporation; and Autoliv Inc., a foreign corporation,<br><br>　　　　Defendants. | No. CV 2004 0902 PHX SRB<br><br>**ORDER**<br><br>(Assigned to the Honorable Susan R. Bolton) |

The Court, having read and considered Ford Motor Company's Motion To Reduce Deposition Fee of Dr. Rizzo Or, In The Alternative, Order Plaintiff To Pay $600.00 Per Hour and Ford Motor Company's Motion For Summary Disposition, and good cause appearing;

**IT IS HEREBY ORDERED** granting Ford Motor Company's Motions Ordering plaintiff to pay $600.00 per hour for Dr. Rizzo's deposition fee. (docs. 193, 212).

Dated this 21st day of November, 2006.

_____
Susan R. Bolton
United States District Judge

::ODMA\PCDOCS\PHX\314731\1